UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| BRITTNEY SCHMITZ, | \* | 4:25-cv-4202 |
| Plaintiff, | \* | |
| vs. | \* | **JOINT MOTION TO DISMISS CIVIL ACTION WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | \* | |
| Defendant. | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

    Plaintiff, by and through her counsel of record, and Defendant, by and through its counsel of record, hereby move the Court to enter an Order that reflects the following:

(1) That the parties have settled the claim and jointly move for dismissal of this action, with prejudice, with each party to bear its own costs, expenses, and attorneys' fees; and

(2) That the parties further agree that a Judgment of Dismissal in accordance with this Motion may be entered by the Court without further notice to any party or hearing thereon.

Dated this 8 day of January, 2026.

JOHNSON, JANKLOW & ABDALLAH, LLP

_____
Scott A. Abdallah
Erin Schoenbeck Byre
101 S. Main Ave., Suite 100
Sioux Falls, SD 57104
Telephone: 605-338-4304
scott@janklowabdallah.com
erin@janklowabdallah.com
*Attorneys for Plaintiff*

Dated this 8 day of January, 2026.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

_____
Shane E. Eden
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
seden@dehs.com
*Attorneys for Defendant*