UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| BRITTNEY SCHMITZ, <br><br> Plaintiff, <br><br> vs. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, <br><br> Defendant. | 4:25-CV-04202-CCT <br><br> **JUDGMENT OF DISMISSAL** |

On January 9, 2026, the parties filed a Joint Motion to Dismiss Civil Action with Prejudice, Doc. 10.  Based on the request of the parties, it is

ORDERED, ADJUDGED AND DECREED that this case is dismissed on its merits, with prejudice and without taxation of costs, and that Judgment of Dismissal hereby enters under Rules 54 and 58 of the Federal Rules of Civil Procedure.

Dated January 12, 2026.

BY THE COURT:

/s/ *Camela C. Theeler*
CAMELA C. THEELER
UNITED STATES DISTRICT JUDGE